In re WOODRUFF. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) In the matter of the application of Sidney H. Woodruff for the removal of Everard E. Denison and Fred A. Sawyer, tenants, etc. No opinion. Motion denied, without costs, and without prejudice to de-

fendants' right to renew same upon five days' notice to all parties in possession of or interested in the premises in question.